IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COMMUNITY CORRECTIONAL CORPORATION,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **CORRECTIONS CORPORATION OF** ) <br>  **AMERICA,** ) <br> ) <br> Defendant. ) <br> _____ ) | CV F 04-5112 AWI LJO <br><br> ORDER REQUIRING PLAINTIFF TO FILE A STATUS A REPORT WITHIN THIRTY DAYS AND EVERY THIRTY DAYS THEREAFTER <br><br> ORDER VACATING APRIL 25, 2007 HEARING |

On January 16, 2004, Defendant removed this action to this court. On February 6, 2004, the court granted the parties' stipulation to stay this action. On January 5, 2007, the Clerk of the Court issued a minute order setting a February 20, 2007 hearing date to determine if this action should be dismissed for lack of prosecution. On February 13, 2007, Plaintiff filed a document requesting the court continue the hearing on the dismissal for lack of prosecution because Plaintiff and Defendant have been working toward settlement. On February 22, 2007, the court granted Plaintiff's motion to continue the dismissal hearing and ordered Plaintiff to file a notice of dismissal or status report, updating the court on this action, within thirty days.

On April 13, 2007, Plaintiff filed a status conference statement. Plaintiff states that the settlement is still not finalized. Plaintiff believes that within approximately 60 more days the settlement agreement can be fully complied with, and the parties will be able to dismiss this

action.

At this time, the court will not dismiss this action for lack of prosecution. Plaintiff continues to provide evidence that this action has been proceeding informally. However, the parties are again informed that the court will not indefinitely stay this action. Plaintiff must file a status report regarding this action every thirty days until this action is resolved.

Accordingly, the court ORDERS that:

1. The order to show cause is CONTINUED;
2. The April 25, 2007 hearing is VACATED;
3. Within thirty days, and every thirty days thereafter, Plaintiff SHALL file a status report, updating the court on this action, until this action is dismissed by the parties;
4. Plaintiff is forewarned that failure to file status reports will result in this action's dismissal for lack of prosecution.

IT IS SO ORDERED.

**Dated:   April 24, 2007**                /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE

2