# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY CORRECTIONAL CORPORATION,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>　　　　　　Defendant. | CV F 04-5112 AWI LJO<br><br>ORDER ALLOWING A 180 CONTINUANCE AND REQUIRING PLAINTIFF TO FILE STATUS REPORTS |

　　　On January 16, 2004, Defendant removed this action to this court.  On February 6, 2004, the court granted the parties' stipulation to stay this action.  When the court issued an order to show cause why this action should not be dismissed for the parties' failure to prosecute, on February 22, 2007, the court granted Plaintiff's motion to continue the dismissal and ordered Plaintiff to file a notice of dismissal or status report, updating the court on this action, within thirty days.

　　　On April 13, 2007, Plaintiff filed a status conference statement.  Plaintiff states that the settlement is still not finalized.   Plaintiff believes that within approximately 60 more days the settlement agreement can be fully complied with, and the parties will be able to dismiss this action.   On April 24, 2007, the court informed the parties that the court will not indefinitely stay this action, and ordered plaintiff to file a status report regarding this action every thirty days until this action is resolved.

     Plaintiffs then filed several status reports.  On August 17, 2007, Plaintiff filed a status report in which Plaintiff reports that, while this action has settled, Defendants wish this court to retain jurisdiction to enforce the settlement's terms.    Plaintiff requests the court continue this matter for 180 days to allow full performance of the settlement.

     Accordingly, the court ORDERS that:

1. The order to show cause is CONTINUED;
2. Within 180 days, and every thirty days thereafter, Plaintiff SHALL file a status report, updating the court on this action, until this action is dismissed by the parties;
3. Plaintiff is forewarned that failure to file status reports will result in this action's dismissal for lack of prosecution.

IT IS SO ORDERED.

**Dated:   September 5, 2007**            /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE